UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON BLANCHE,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHESTNUTT, et al.,<br><br>Defendants. | Case No. 2:26-cv-00118-ART-MDC<br><br>**ORDER** |

Plaintiff Brandon Blanche, an inmate at Nevada Southern Detention Center, filed a civil-rights complaint based on alleged events that occurred during his confinement and applied to proceed *in forma pauperis*. (ECF Nos. 1, 1-1.) Plaintiff then filed a motion to amend, seeking to add a Defendant and a few paragraphs of allegations to the complaint. (ECF No. 3.)

Plaintiff's motion to amend is denied. The Court will not piecemeal Plaintiff's complaint together from multiple filings, as this Court's local rules require a party seeking to file an amended pleading to "attach the proposed amended pleading to a motion seeking leave of the court to file an amended complaint. The proposed amended pleading must be complete in and of itself without reference to the superseded pleading[.]" Nev. Loc. R. 15-1(a).

If Plaintiff would like to amend his complaint, then he must submit a single amended complaint that contains all claims, Defendants, and factual allegations that Plaintiff wants to pursue in this lawsuit. Any amended complaint would completely replace the original complaint. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("The fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original."). If Plaintiff elects to file an amended complaint, he must do so by **March 10, 2026.** If the plaintiff timely files an amended complaint, the Court will screen the amended complaint it in due course.

Otherwise, if the plaintiff fails to timely file an amended complaint, the the Court will only screen the original complaint (at ECF No. 1).

Therefore,

**IT IS ORDERED** that Plaintiff's motion to amend (ECF No. 3) is **DENIED.**.

**IT IS FURTHER ORDERED** that plaintiff may have until **March 10, 2026**, to file a single amended complaint that is complete in itself. If plaintiff does not timely file an amended complaint, the Court will only screen plaintiff's original complaint (ECF No. 1).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff approved form for filing a § 1983 complaint and instructions for the same. If Plaintiff chooses to file an amended complaint, he should use the approved form and title it "First Amended Complaint."

DATED: February 9, 2026

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

2