UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON BLANCHE,<br>Plaintiff<br>v.<br>CHRISTOPHER CHESTNUTT, et al.,<br>Defendants | Case No. 2:26-cv-00118-ART-MDC<br>**ORDER** |

According to the federal bureau of prisons inmate database, Plaintiff is no longer at the address listed with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. When Plaintiff initiated this case, the Court sent him an advisory letter with information about the legal process. (ECF No. 2.) That letter warned Plaintiff that this case could be dismissed if he failed to immediately notify the Court of any change of address. (*Id.* at 1.)

The plaintiff also failed to file an amended complaint in accordance with the Court's 02/09/26 Order (ECF No. 4). The Court will give plaintiff another opportunity to comply and file an amended complaint by September 18, 2026. Otherwise, the Court will screen the original complaint at ECF No. 1-1. However, plaintiff is cautioned that if he fails to comply with this order and update his address, the Court will dismiss the action.

**IT IS THEREFORE ORDERED** that Plaintiff's has **until September 18, 2026**, to: file his current address with the Court.

**IT IS FURTHER ORDERED** that the plaintiff may file an amended complaint in accordance with the Court's 02/09/26 Order (ECF No. 4) by **September 18, 2026**. If the plaintiff does not timely file an amended complaint, the Court will screen his original

complaint at ECF No. 1-1, provided the plaintiff timely updates his address in compliance with this order.

**IT IS FURTHER ORDERED** that the Clerk Of Court please provide plaintiff with another copy of the Court's 02/09/26 Order (ECF No. 4).

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court with his current address.

DATED: August 6, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE